UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS GAMA,<br><br>        Plaintiff,<br><br>    v.<br><br>BOARD OF TRUSTEES OF CALIFORNIA STATE UNIVERSITY, et al.,<br><br>        Defendants. | Case No. 18-cv-02552-VC<br><br>**ORDER TO SHOW CAUSE RE LATE FILING**<br><br>Re: Dkt. No. 51 |

Ms. Rose has yet again violated the Court's rules by filing an Opposition to the Motion to Dismiss after the January 9, 2019 deadline, a deadline that was already extended a week on Ms. Rose's request. Ms. Rose is ordered to show cause why she should not be sanctioned $500 under this Court's inherent authority. A written response to the order to show cause must be filed by Monday, January 14, 2019 at 5:00 p.m.

    **IT IS SO ORDERED.**

Dated: January 11, 2019

_____

VINCE CHHABRIA
United States District Judge